UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                         FOR
**Todd Ruffolo**                                                    FAILURE TO PROSECUTE
                                                                               BANKRUPTCY APPEAL

-------------------------------------------------------X          19-CV-3755 KMK
FROM:  VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Todd Ruffolo                                              BANKRUPTCY CASE: **18-B-23837 (RDD)**
DATE OF FILING NOTICE OF APPEAL: 04/15/2019
BANKRUPTCY DOCUMENT #: 26

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

  _X_ FRBP 8009
  ___ Federal Rules of Civil Procedure (Rule _____ )
  ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
         York.

Dated:  **July 3, 2019**                                             Vito Genna, Clerk
             New York, New York                              U.S. Bankruptcy Court, SDNY

                                                                             By: _____
                                                                                      Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated July 9 20 19
           New York, New York                                      Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____        Ruby J. Krajick , Clerk
                                                                             District Court, SDNY

                                                                             By: _____
                                                                                      Deputy Clerk